HANNAH MENDELSON, Respondent, *v.* ROBERT BOETTGER et al., Appellants.

Argued October 5, 1939; decided October 20, 1939.

748

*William A. Walsh* for appellants.

*Irving Schneider* and *Arthur Hutter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.